# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>    Defendants. | Case No.: 3:24-cv-01238<br><br>CLASS ACTION<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley<br><br>JURY TRIAL DEMANDED |

and

| | |
|---|---|
| PATRICK DYAR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>    Defendants. | Case No.: 3:24-cv-01300<br><br>CLASS ACTION<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley<br><br>DEMAND FOR JURY TRIAL |

**JOINT MOTION TO CONSOLIDATE RELATED CASES, EXTEND DEFENDANTS'**
**TIME TO RESPOND TO ANY COMPLAINT, AND CONTINUE THE**
**INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiffs Anurag Kachrodia and Patrick Dyar (collectively, "Plaintiffs") and Acadia Healthcare Company, Inc., Debra K. Osteen, Christopher H. Hunter, David M. Duckworth, and Heather Dixon (collectively, "Defendants" and with Plaintiffs, the "Parties") respectfully move the Court to enter the Proposed Order submitted with this Motion, which consolidates these related cases; extends Defendants' time to respond to any complaint pending the Court's determination of lead plaintiff and lead counsel, and continues the initial case management conference that is currently set for January 21, 2025, at 9:00 a.m. In support of this Motion, the Parties submit as follows:

1. Currently pending before the Court are two related putative class action securities cases: *Anurag Kachrodia v. Acadia Healthcare Company, Inc. et al.*, Case No. 3:24-cv-01238, and *Patrick Dyar v. Acadia Healthcare Company, Inc. et al.*, Case No. 3:24-cv-01300 (collectively, the "Related Cases").

2. Counsel for Defendants have either accepted service of the summons and complaints, or requested service waivers, in the Related Cases.

3. The Related Cases are substantially related in that they involve the same Defendants, arise from the same core nucleus of operative facts, and seek substantially similar relief. In addition, the Related Cases each assert claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 *et seq.*

4. The PSLRA provides that (i) not later than 20 days after the date on which the first complaint in a private securities class action is filed, the plaintiff shall publish a notice advising

2

members of the purported plaintiff class, (ii) not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff, and (iii) not later than 90 days after the date on which notice is published, the Court shall appoint the "most adequate plaintiff" as lead plaintiff for the class. 15 U.S.C. § 78u-4(a)(3)(A)-(B). Section 15 U.S.C. § 78u-4(a)(3)(B)(ii) of the PSLRA further provides that any related actions must be consolidated before the Court appoints a lead plaintiff. Accordingly, the Parties agree that the Related Cases should be consolidated prior to the Court's determination of lead plaintiff and lead counsel and respectfully request that the Court order such consolidation.

5. Pursuant to the procedure set out in the PSLRA, lead plaintiff and lead counsel will not be appointed until after the completion of briefing on any lead plaintiff motions, and accordingly it is unclear at this time who will ultimately have the authority to act on behalf of the putative class, and whether the court-appointed lead plaintiff will file a consolidated complaint or stand on one of the exiting complaints. Counsel for the Parties, therefore, believe that an answer or motion responding to existing complaints would be premature prior to the selection of lead plaintiff(s) and lead counsel.

6. In the interest of judicial efficiency and in order to avoid unnecessary expense to the Parties prior to the Court's appointment of lead plaintiff and lead counsel and the filing of a consolidated complaint, or the designation of a complaint as the operative complaint, the Parties have agreed, subject to the Court's approval, to propose to the Court within fourteen (14) days of the Court's appointment of a lead plaintiff, a schedule for the filing of a consolidated (or designation of an operative) complaint and Defendants' responses thereto.

7. Finally, the PSLRA stays all discovery, including initial disclosures pursuant to Fed. R. Civ. P. 26(a), during the pendency of any motion to dismiss lead plaintiff's complaint, unless upon

3

motion that particularized discovery is necessary to preserve evidence or to prevent undue prejudice. 15 U.S.C. § 78u-4(b)(3)(B).  There is an initial case management conference currently set for January 21, 2025, at 9:00 a.m. in *Patrick Dyar v. Acadia Healthcare Company, Inc. et al.*, Case No. 3:24-cv-01300.  Dkt. No. 6.  Given the PSLRA's statutory stay of discovery, the Parties respectfully request that the Court continue the initial case management conference and submit that the conference can be reset, as needed, after the Court has ruled upon any motions to dismiss the complaint.

8.      For these reasons, the Parties respectfully request that the Court enter the Proposed Order submitted with this Motion.

Respectfully submitted by:

*s/Paul Kent Bramlett_(with permission)*
Paul Kent Bramlett
TN SUP CT #7387/MS SUP CT #4291
Robert Preston Bramlett
TN SUP CT #25895
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
Facsimile: 866.816.4116
PKNASHLAW@Aol.Com
Robert@BramlettLawOffices.com

Phillip Kim (*pro hac vice*)
Laurence M. Rosen (*pro hac vice*)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone:  (212) 686-1060
Facsimile:  (212) 202-3827
philkim@rosenlegal.com
lrosen@rosenlegal.com

*Attorneys for Plaintiff Anurag Kachrodia*

*s/Milton S. McGee, III*
Milton S. McGee, III (BPR 24150)
Elizabeth Gonser (BPR 26329)
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Tel:  (615) 320-3700
Fax:  (615) 320-3738
tmcgee@rjfirm.com
egonser@rjfirm.com

Sandra C. Goldstein (*pro hac vice* to be filed)
Stefan Atkinson (*pro hac vice* to be filed)
Kevin M. Neylan, Jr. (*pro hac vice* to be filed)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
kevin.neylan@kirkland.com

4

s/J. Gerard Stranch, IV (with permission)
J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@stranchlaw.com

Ross Shikowitz (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
75 Virginia Road
White Plains, NY 10603
Telephone: (914) 265-2991
Facsimile: (212) 205-3960
rshikowitz@bfalaw.com

Javier Bleichmar (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
300 Park Avenue, Suite 1301
New York, NY 10022
Telephone: (212) 789-1340
Facsimile: (212) 205-3960
jbleichmar@bfalaw.com

Adam C. McCall (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
Facsimile: (212) 205-3960
amccall@bfalaw.com

*Attorneys for Plaintiff Patrick Dyar*

*Attorneys for Defendants Acadia Healthcare Company, Inc., Debra K. Osteen, Christopher H. Hunter, David M. Duckworth, and Heather Dixon*

5

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system on this 26th day of November 2024 upon the following:

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
PKNASHLAW@Aol.Com
Robert@BramlettLawOffices.com

Phillip Kim
Laurence M. Rosen
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
philkim@rosenlegal.com
lrosen@rosenlegal.com

J. Gerard Stranch, IV
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com

Javier Bleichmar (pro hac vice)
BLEICHMAR FONTI & AULD LLP
300 Park Avenue, Suite 1301
New York, NY 10022
jbleichmar@bfalaw.com

Ross Shikowitz (pro hac vice)
BLEICHMAR FONTI & AULD LLP
75 Virginia Road
White Plains, NY 10603
Telephone:  (914) 265-2991
Facimile:  (212) 205-3960
rshikowitz@bfalaw.com

Adam C. McCall (pro hac vice)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone:  (415) 445-4003
Facimile:  (212) 205-3960
amccall@bfalaw.com

*/s/ Milton S. McGee, III*

6