UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA., Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>    Defendants. | No.: 3:24-cv-01238<br><br>NOTICE OF MOTION OF OFI INVEST ASSET MANAGEMENT, ON BEHALF OF OFI INVEST ACTIONS AMÉRIQUE AND OFI INVEST RÉVOLUTION DÉMOGRAPHIQUE MONDE, TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br><u>CLASS ACTION</u> |
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>        Defendants. | No.: 3:24-cv-01447<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, Ofi Invest Asset Management ("Ofi Invest"), on behalf of Ofi Invest Actions Amérique and Ofi Invest Révolution Démographique Monde, hereby moves the Court for an Order:

(a) consolidating the above-captioned related actions;

(b) appointing Ofi Invest as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Acadia Healthcare Company, Inc. securities between February 8, 2020 and October 30, 2024, inclusive; and

(c) approving Ofi Invest's selection of Pomerantz LLP as Lead Counsel and Bramlett Law Offices as Liaison Counsel for the Class.

In support of this Motion, Ofi Invest submits: (1) the Declaration of Jeremy A. Lieberman dated December 16, 2024 (with exhibits); (2) a Memorandum of Law in support of Motion dated December 16, 2024; and (3) a [Proposed] Order.

Dated: December 16, 2024

Respectfully submitted,

*/s/Paul Kent Bramlett*
BRAMLETT LAW OFFICES
PAUL KENT BRAMLETT
TN SUP CT #7387/MS SUP CT #4291
ROBERT PRESTON BRAMLETT
TN SUP CT #25895

1

40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone: 615.248.2828
Facsimile: 866.816.4116
PKNASHLAW@aol.com
Robert@BramlettLawOffices.com

*Counsel for Ofi Invest Asset Management, on behalf of Ofi Invest Actions Amérique and Ofi Invest Révolution Démographique Monde and Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Ofi Invest Asset Management, on behalf of Ofi Invest Actions Amérique and Ofi Invest Révolution Démographique Monde and Proposed Lead Counsel for the Class*

2