UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA., Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>        Defendants. | No.: 3:24-cv-01238<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF OFI INVEST ASSET MANAGEMENT, ON BEHALF OF OFI INVEST ACTIONS AMÉRIQUE AND OFI INVEST RÉVOLUTION DÉMOGRAPHIQUE MONDE, TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>CLASS ACTION |
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>        Defendants. | No.: 3:24-cv-01447<br><br>CLASS ACTION |

1

# DECLARATION OF JEREMY A. LIEBERMAN

I, Jeremy A. Lieberman, hereby declare under penalty of perjury:

1.      I am a Partner of Pomerantz LLP ("Pomerantz"), counsel for Movant Ofi Invest Asset Management ("Ofi Invest"), on behalf of Ofi Invest Actions Amérique ("Ofi IAAI") and Ofi Invest Révolution Démographique Monde ("Ofi IRDM" and, together with Ofi IAAI, the "Funds"), and proposed Lead Counsel in the above-captioned related actions (the "Related Actions"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Ofi Invest's motion for consolidation of the Related Actions, appointment as Lead Plaintiff, and approval of Pomerantz to serve as Lead Counsel and Bramlett Law Offices as Liaison Counsel.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart setting forth the Funds' financial interest in this litigation;

Exhibit B:   Press release announcing the pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certification executed on behalf of Ofi Invest;

Exhibit D:   Firm resume of Pomerantz; and

Exhibit E:   Firm resume of Bramlett Law Offices.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: December 16, 2024

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2