# EXHIBIT A

**Acadia Healthcare Company, Inc. (ACHC)**
**Class Period: February 28, 2020 to October 30, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | 9/27/2024 Corrective Shares Retained | 44-Days* Mean Price $40.5687 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | |
| Ofi Invest Actions Amérique | | 222,076 | | ($16,757,638) | | (222,076) | | $14,373,714 | 123,264 | $0 | ($2,383,924) |
| Ofi Invest Révolution Démographique Monde | | 948 | | ($72,180) | | (948) | | $55,353 | 948 | $0 | ($16,828) |
| **OFI** | | **223,024** | | **($16,829,818)** | | **(223,024)** | | **$14,429,067** | **124,212** | **$0** | **($2,400,752)** |
| | | | | | | | | | | | |
| Ofi Invest Actions Amérique | 6/22/2023 | 43,389 | $76.1770 | ($3,305,244) | 6/27/2023 | (199) | $79.0400 | $15,729 | | | |
| Ofi Invest Actions Amérique | 7/10/2023 | 41,903 | $79.4440 | ($3,328,942) | 9/25/2023 | (2,797) | $70.6590 | $197,633 | | | |
| Ofi Invest Actions Amérique | 7/28/2023 | 43,507 | $77.3420 | ($3,364,918) | 10/20/2023 | (87,006) | $75.3790 | $6,558,425 | | | |
| Ofi Invest Actions Amérique | 8/1/2023 | 43,909 | $78.6680 | ($3,454,233) | 10/27/2023 | (851) | $70.6310 | $60,107 | | | |
| Ofi Invest Actions Amérique | 8/22/2023 | 744 | $75.3300 | ($56,046) | 1/2/2024 | (295) | $78.2520 | $23,084 | | | |
| Ofi Invest Actions Amérique | 10/31/2023 | 690 | $73.5100 | ($50,722) | 1/24/2024 | (252) | $82.6400 | $20,825 | | | |
| Ofi Invest Actions Amérique | 1/22/2024 | 502 | $85.7500 | ($43,047) | 1/25/2024 | (438) | $83.8900 | $36,744 | | | |
| Ofi Invest Actions Amérique | 5/6/2024 | 992 | $67.7800 | ($67,238) | 1/31/2024 | (917) | $82.1400 | $75,322 | | | |
| Ofi Invest Actions Amérique | 7/23/2024 | 43,065 | $65.6400 | ($2,826,787) | 2/1/2024 | (140) | $81.7700 | $11,448 | | | |
| Ofi Invest Actions Amérique | 9/3/2024 | 1,982 | $78.2100 | ($155,012) | 2/29/2024 | (581) | $83.4500 | $48,484 | | | |
| Ofi Invest Actions Amérique | 9/25/2024 | 1,393 | $75.7000 | ($105,450) | 5/31/2024 | (980) | $68.2900 | $66,924 | | | |
| Ofi Invest Actions Amérique | | | | | 6/10/2024 | (553) | $69.5900 | $38,483 | | | |
| Ofi Invest Actions Amérique | | | | | 6/11/2024 | (1,052) | $68.5100 | $72,073 | | | |
| Ofi Invest Actions Amérique | | | | | 7/1/2024 | (2,751) | $67.0100 | $184,345 | | | |
| Ofi Invest Actions Amérique | | | | | 10/3/2024 | (43,943) | $57.2752 | $2,516,844 | | | |
| Ofi Invest Actions Amérique | | | | | 10/4/2024 | (79,321) | $56.0664 | $4,447,243 | | | |
| **Ofi Invest Actions Amérique** | | **222,076** | | **($16,757,638)** | | **(222,076)** | | **$14,373,714** | **123,264** | **$0** | **($2,383,924)** |
| | | | | | | | | | | | |
| Ofi Invest Révolution Démographique Monde | 6/22/2023 | 882 | $76.2950 | ($67,292) | 10/3/2024 | (948) | $58.3891 | $55,353 | | | |
| Ofi Invest Révolution Démographique Monde | 4/26/2024 | 66 | $74.0650 | ($4,888) | | | | | | | |
| **Ofi Invest Révolution Démographique Monde** | | **948** | | **($72,180)** | | **(948)** | | **$55,353** | **948** | **$0** | **($16,828)** |

*Avg Closing Prices from October 31, 2024 to December 13, 2024