# EXHIBIT C

# CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, Eric Bertrand, Deputy Chief Executive Officer of Ofi Invest Asset Management ("Ofi Invest"), on behalf of Ofi Invest Actions Amérique and Ofi Invest Révolution Démographique Monde (collectively, the "Funds"), with authority to institute legal action on behalf of Ofi Invest and the Funds, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Acadia Healthcare Company, Inc. ("Acadia" or the "Company") and authorize the filing of a motion for the appointment of Ofi Invest, on behalf of the Funds, as lead plaintiff.

3. The Funds did not purchase or acquire Acadia securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. Ofi Invest, on behalf of the Funds, is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Acadia securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the transactions listed in Schedule A reflect all of the Funds' transactions in the Acadia securities that are the subject of this litigation.

6. During the three-year period preceding the date on which this Certification is signed, Ofi Invest, on behalf of Ofi Invest Actions Amérique, has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following action:

- *Cleveland Bakers and Teamsters Pension Fund v. Lamb Weston Holdings, Inc.*, 1:24-cv-00282 (D. Idaho).

7. Neither Ofi Invest nor the Funds will accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond the Funds' pro rata

share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

**Executed** 16 décembre 2024 | 18:17:55 CET
_____
**(Date)**

Signé par :

BERTRAND Eric

6ABF59905EEE42B...
_____
**(Signature)**

**Eric Bertrand**
**Deputy Chief Executive Officer**
*Ofi Invest Asset Management, on behalf of*
*Ofi Invest Actions Amérique and Ofi Invest*
*Révolution Démographique Monde*

**Acadia Healthcare Company, Inc. (ACHC)**  **Ofi Invest Actions Amérique**

### List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 6/22/2023 | 43,389 | $76.1770 |
| Purchase/Acquisition | 7/10/2023 | 41,903 | $79.4440 |
| Purchase/Acquisition | 7/28/2023 | 43,507 | $77.3420 |
| Purchase/Acquisition | 8/1/2023 | 43,909 | $78.6680 |
| Purchase/Acquisition | 8/22/2023 | 744 | $75.3300 |
| Purchase/Acquisition | 10/31/2023 | 690 | $73.5100 |
| Purchase/Acquisition | 1/22/2024 | 502 | $85.7500 |
| Purchase/Acquisition | 5/6/2024 | 992 | $67.7800 |
| Purchase/Acquisition | 7/23/2024 | 43,065 | $65.6400 |
| Purchase/Acquisition | 9/3/2024 | 1,982 | $78.2100 |
| Purchase/Acquisition | 9/25/2024 | 1,393 | $75.7000 |
| Sale | 6/27/2023 | (199) | $79.0400 |
| Sale | 9/25/2023 | (2,797) | $70.6590 |
| Sale | 10/20/2023 | (87,006) | $75.3790 |
| Sale | 10/27/2023 | (851) | $70.6310 |
| Sale | 1/2/2024 | (295) | $78.2520 |
| Sale | 1/24/2024 | (252) | $82.6400 |
| Sale | 1/25/2024 | (438) | $83.8900 |
| Sale | 1/31/2024 | (917) | $82.1400 |
| Sale | 2/1/2024 | (140) | $81.7700 |
| Sale | 2/29/2024 | (581) | $83.4500 |
| Sale | 5/31/2024 | (980) | $68.2900 |
| Sale | 6/10/2024 | (553) | $69.5900 |
| Sale | 6/11/2024 | (1,052) | $68.5100 |
| Sale | 7/1/2024 | (2,751) | $67.0100 |
| Sale | 10/3/2024 | (43,943) | $57.2752 |
| Sale | 10/4/2024 | (79,321) | $56.0664 |

**Acadia Healthcare Company, Inc. (ACHC)**                    **Ofi Invest Révolution Démographique Monde**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 6/22/2023 | 882 | $76.2950 |
| Purchase/Acquisition | 4/26/2024 | 66 | $74.0650 |
| Sale | 10/3/2024 | (948) | $58.3891 |