UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>Defendants. | Case No. 3:24-cv-01238<br><br>CLASS ACTION<br><br>Chief Judge William L. Campbell, Jr. |
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br>Plaintiff,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>Defendants. | Case No. 3:24-cv-01447<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

**[PROPOSED] ORDER APPOINTING THE PENSION FUNDS AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF COUNSEL, AND CONSOLIDATING RELATED ACTIONS**

Upon consideration of: (1) the Motion of IBEW Local 353 Pension Plan, Louisiana State Police Retirement System and City of Fort Lauderdale Police and Firefighters' Retirement System (collectively, the "Pension Funds") for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation of Related Actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Kevin H. Sharp; and (4) all other pleadings and arguments submitted to this Court, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1.      The Pension Funds' Motion is **GRANTED**.

2.      The Pension Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned securities class actions and all related actions consolidated pursuant to paragraphs 4 and 5 of this Order.

3.      The Pension Funds' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP and Saxena White P.A. are **APPOINTED** as Lead Counsel for the Class and Sanford Heisler Sharp McKnight, LLP is **APPOINTED** as Liaison Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure ("Rule 42(a)"), *City of Fort Lauderdale Police and Firefighters' Retirement System v. Acadia Healthcare Company, Inc.*, No. 3:24-cv-01447 (M.D. Tenn.), is consolidated with *Kachrodia v. Acadia Healthcare Company, Inc.*, No. 3:24-cv-01238 (M.D. Tenn.) (collectively, the "Consolidated Action").

5.      In accordance with Rule 42(a), any subsequently filed, removed, or transferred actions that are related to the claims asserted in the Consolidated Action are **CONSOLIDATED** for all purposes.

6. The Consolidated Action will be captioned "*In re Acadia Healthcare Company, Inc. Securities Litigation*," and the file shall be maintained under Master File No. 3:24-cv-01238.

**IT IS SO ORDERED.**

Dated: _____, \_\_\_\_\_

_____
HON. WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

2