UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACADIA HEALTHCARE COMPANY, INC., et al., <br><br> Defendants. | Civil Action No. 3:24-cv-01238 (Consolidated) <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley <br><br> MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

Class member and proposed lead plaintiff California Public Employees' Retirement System ("CalPERS"), by and through undersigned counsel, will and hereby does move this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B) for an order appointing CalPERS as Lead Plaintiff and approving CalPERS' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel.[1] In support of this Motion, CalPERS submits herewith a Memorandum of Points and Authorities and the Declaration of Christopher M. Wood.

---

[1] Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), CalPERS cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on December 16. Accordingly, CalPERS' counsel respectfully requests that compliance with LR7.01(a)(1) be waived in this narrow instance. *See Franchi v. SmileDirectClub, Inc.*, 2020 WL 6479561, at *2 (M.D. Tenn. Jan. 27, 2020) (recognizing that "requirement comes into conflict with the provisions of the PSLRA" because "no prospective lead plaintiff can determine which, if any, other parties will also move for appointment until after the deadline to file has expired" and "waiv[ing] the requirement to comply with LR 7.01(a) in this instance").

- 1 -

DATED: December 16, 2024

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD
JERRY E. MARTIN


s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
cwood@rgrdlaw.com
jmartin@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
drobbins@rgrdlaw.com
ssheldon@rgrdlaw.com
dmyers@rgrdlaw.com

BISHOP PARTNOY LLP
FRANK PARTNOY
1717 K Street, NW Suite 900
Washington, DC  20006
Telephone:  202/787-5769
Frank@bishoppartnoy.com

Counsel for Proposed Lead Plaintiff

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 16, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:24-cv-01238 Kachrodia v. Acadia Healthcare Company, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stefan H. Atkinson**
  satkinson@cravath.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Sandra C. Goldstein**
  sandra.goldstein@kirkland.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,dgibby@rjfirm.com,bmoore@rjfirm.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Adam C. McCall**
  amccall@bfalaw.com

- **Milton S. McGee , III**
  tmcgee@rjfirm.com,dgibby@rjfirm.com

- **Kevin M. Neylan , Jr**
  kevin.neylan@kirkland.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ross                 Shikowitz
Bleichmar Fonti & Auld LLP
75 Virginia Road
White Plains, NY 10603
```