UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACADIA HEALTHCARE COMPANY, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:24-cv-01238 (Consolidated)

Chief Judge William L. Campbell, Jr.
Magistrate Judge Jeffery S. Frensley

[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

Having considered California Public Employees' Retirement System's Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints California Public Employees' Retirement System as Lead Plaintiff;

3.      California Public Employees' Retirement System's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)      the preparation and filing of all pleadings;

(b)      the briefing and argument of all motions;

- 1 -

(c)     the conduct of all discovery proceedings and depositions;

(d)     settlement negotiations;

(e)     the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

(f)     the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED:_____

_____
THE HONORABLE WILLIAM L. CAMPBELL, JR.
UNITED STATES CHIEF DISTRICT JUDGE

4928-7400-9605.v1