UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON, <br><br> Defendants. | Case No. 3:24-cv-01238 <br><br> CLASS ACTION <br><br> Chief Judge William L. Campbell, Jr. |
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br> Plaintiff, <br><br> v. <br><br> ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON, <br><br> Defendants. | Case No. 3:24-cv-01447 <br><br> CLASS ACTION <br><br> Judge Aleta A. Trauger |

**DECLARATION OF KEVIN H. SHARP IN SUPPORT OF THE MOTION OF THE PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF COUNSEL, <u>AND CONSOLIDATION OF RELATED ACTIONS</u>**

I, Kevin H. Sharp, declare as follows:

1.     I am a member in good standing of the bar of the State of Tennessee and am admitted to practice before this Court.  I am Co-Vice Chairman of the law firm Sanford Heisler Sharp McKnight, LLP ("Sanford Heisler Sharp McKnight").  I submit this declaration in support of the Motion of IBEW Local 353 Pension Plan, Louisiana State Police Retirement System, and City of Fort Lauderdale Police and Firefighters' Retirement System (collectively, the "Pension Funds"), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, for entry of an order: (1) appointing the Pension Funds as Lead Plaintiff; (2) approving their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Saxena White P.A. ("Saxena White") as Lead Counsel and Sanford Heisler Sharp McKnight, LLP ("Sanford Heisler Sharp McKnight") as Liaison Counsel for the Class; (3) consolidating the above-captioned securities class actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and (4) granting any further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through I are true and correct copies of the following documents:

| EXHIBIT A: | Sworn Certifications of the Pension Funds; |
|---|---|
| EXHIBIT B: | Charts of transactions and losses of the Pension Funds; |
| EXHIBIT C: | Joint Declaration of Kim Macpherson, Margaret Corley Michel, and Lynn Wenguer in Support of the Motion of the Pension Funds for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation of Related Actions; |
| EXHIBIT D: | Notice of pendency of *Kachrodia v. Acadia Healthcare Company, Inc.*, No. 3:24-cv-01238 (M.D. Tenn.) ("*Kachrodia*"), published on October 16, 2024; |
| EXHIBIT E: | Notice of filing of amended complaint asserting an expanded class period in *Kachrodia*, published on October 21, 2024; |

EXHIBIT F: Notice of pendency of *City of Fort Lauderdale Police and Firefighters' Retirement System v. Acadia Healthcare Company, Inc.*, No. 3:24-cv-01447 (M.D. Tenn.), published on December 11, 2024;

EXHIBIT G: Firm résumé of Bernstein Litowitz;

EXHIBIT H: Firm résumé of Saxena White; and

EXHIBIT I: Firm résumé of Sanford Heisler Sharp McKnight.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of December, 2024.

*/s/ Kevin H. Sharp*
Kevin H. Sharp, BPR No. 016287

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on December 16, 2024, a true and correct copy of the **Declaration of Kevin H. Sharp in Support of the Motion of the Pension Funds for Appointment as Lead Plaintiff, Approval of Their Selection of Counsel, and Consolidation of Related Actions** was filed electronically via the Court's CM/ECF system. Notification of such electronic filing was served on all counsel of record listed below via the Court's electronic notification system:

Laurence M. Rosen
Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
lrosen@rosenlegal.com
pkim@rosenlegal.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

James Gerard Stranch , IV
Stranch, Jennings & Garvey, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
gstranch@stranchlaw.com

Stefan H. Atkinson
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
satkinson@cravath.com

Sandra C. Goldstein
601 Lexington Ave.
New York, NY 10022
sandra.goldstein@kirkland.com

Javier Bleichmar
Bleichmar Fonti & Auld LLP
300 Park Avenue, Suite 1301
New York, NY 10022
jbleichmar@bfalaw.com

Adam C. McCall
Bleichmar Fonti & Auld LLP
1330 Broadway, Suite 630
Oakland, CA 94612
amccall@bfalaw.com

Elizabeth O. Gonser
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
egonser@rjfirm.com

Kevin M. Neylan , Jr.
Kirkland & Ellis (NY)
601 Lexington Avenue
New York, NY 10022-4611
kevin.neylan@kirkland.com

Milton S. McGee , III
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
tmcgee@rjfirm.com

<div style="margin-left:50%">

*/s/ Kevin H. Sharp*
Kevin H. Sharp, BPR No. 016287

Sanford Heisler Sharp McKnight, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
ksharp@sanfordheisler.com

</div>

2