# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Kim Macpherson, on behalf of IBEW Local 353 Pension Plan ("Local 353"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chief Executive Officer of Toronto Electrical Industry Benefit Administration Services and am fully authorized to execute this Certification on behalf of Local 353. I have reviewed a complaint filed in this matter and authorize the filing of this motion for appointment as lead plaintiff.

2. Local 353 did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Local 353 is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Local 353 fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Local 353's transactions in the Acadia Healthcare Company, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Local 353 has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Plumbers & Pipefitters Local Union #295 Pension Fund v. CareDx, Inc.*,
    No. 22-cv-3023 (N.D. Cal.)

6. Local 353 is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Michiana Area Electrical Workers' Pension Fund v. Inari Medical, Inc.*,
    No. 24-cv-3686 (S.D.N.Y.)

7. Local 353 has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion or was not appointed lead plaintiff:

    *Doyle v. Reata Pharmaceuticals, Inc.*, No. 21-cv-987 (E.D. Tex.)

8.  Local 353 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 353's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of December, 2024.

_____
Kim Macpherson
Chief Executive Officer
*Toronto Electrical Industry Benefit*
*Administration Services*

**IBEW Local 353 Pension Plan**
**Transactions in Acadia Healthcare Company, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/25/2020 | 1,711 | 24.7256 |
| Purchase | 6/26/2020 | 582 | 24.5932 |
| Purchase | 8/20/2020 | 1,635 | 29.8457 |
| Purchase | 12/8/2020 | 204 | 42.2630 |
| Purchase | 8/22/2022 | 1,822 | 82.4656 |
| Purchase | 8/23/2022 | 3,501 | 83.9027 |
| Purchase | 8/24/2022 | 1,892 | 83.1776 |
| Purchase | 8/25/2022 | 2,050 | 84.9546 |
| Purchase | 8/26/2022 | 438 | 85.6318 |
| Purchase | 12/6/2022 | 178 | 84.6136 |
| Purchase | 3/2/2023 | 887 | 73.3855 |
| Purchase | 10/3/2024 | 870 | 56.8126 |
| Sale | 4/9/2020 | (1,199) | 23.1429 |
| Sale | 4/13/2020 | (1,891) | 21.9235 |
| Sale | 5/13/2020 | (233) | 23.8334 |
| Sale | 3/1/2021 | (334) | 57.0158 |
| Sale | 6/15/2021 | (3,843) | 66.0478 |
| Sale | 6/16/2021 | (2,442) | 64.6912 |
| Sale | 6/17/2021 | (5,225) | 63.1966 |
| Sale | 6/18/2021 | (220) | 61.9679 |
| Sale | 1/10/2023 | (492) | 82.2536 |
| Sale | 1/11/2023 | (935) | 82.5206 |
| Sale | 5/8/2023 | (174) | 68.9390 |
| Sale | 1/5/2024 | (115) | 80.5033 |
| Sale | 2/27/2024 | (417) | 87.0380 |

# CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Margaret Corley Michel, on behalf of Louisiana State Police Retirement System ("Louisiana Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am Executive Director of Louisiana Police. I have reviewed a complaint filed in this matter. Louisiana Police has authorized the filing of this motion for appointment as lead plaintiff.

2. Louisiana Police did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Louisiana Police is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Louisiana Police fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Louisiana Police's transactions in the Acadia Healthcare Company, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Louisiana Police has not sought to serve as a lead plaintiff or representative party on behalf of a Class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. Louisiana Police will not accept any payment for serving as a representative party on behalf of the Class beyond Louisiana Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of December, 2024.

_Margaret Corley Michel_
Margaret Corley Michel
Executive Director
*Louisiana State Police Retirement System*

**Louisiana State Police Retirement System**
**Transactions in Acadia Healthcare Company, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/10/2023 | 330 | 82.4750 |
| Purchase | 1/10/2023 | 62 | 82.3671 |
| Purchase | 1/10/2023 | 1,730 | 82.4324 |
| Purchase | 1/10/2023 | 45 | 82.5242 |
| Purchase | 1/10/2023 | 225 | 82.3926 |
| Purchase | 1/10/2023 | 9 | 82.3800 |
| Purchase | 1/10/2023 | 107 | 82.6700 |
| Purchase | 1/10/2023 | 270 | 82.2121 |
| Purchase | 1/19/2023 | 65 | 83.6698 |
| Purchase | 1/20/2023 | 79 | 84.2609 |
| Purchase | 1/23/2023 | 73 | 84.8803 |
| Purchase | 1/24/2023 | 110 | 84.2595 |
| Purchase | 1/25/2023 | 263 | 83.6304 |
| Purchase | 1/26/2023 | 237 | 84.4317 |
| Purchase | 1/27/2023 | 648 | 84.5452 |
| Purchase | 1/30/2023 | 309 | 82.1741 |
| Purchase | 2/1/2023 | 91 | 84.6709 |
| Purchase | 2/14/2023 | 1,488 | 81.0485 |
| Purchase | 3/1/2023 | 877 | 74.5390 |
| Purchase | 3/1/2023 | 28 | 74.6500 |
| Purchase | 3/1/2023 | 1,071 | 74.2512 |
| Purchase | 3/1/2023 | 82 | 74.6400 |
| Purchase | 3/1/2023 | 15 | 74.8800 |
| Purchase | 3/3/2023 | 1,993 | 74.1788 |
| Purchase | 5/8/2023 | 340 | 69.2545 |
| Purchase | 6/1/2023 | 57 | 70.7635 |
| Purchase | 6/2/2023 | 306 | 70.2548 |
| Purchase | 6/5/2023 | 3 | 69.0467 |
| Purchase | 6/5/2023 | 201 | 69.0034 |
| Purchase | 6/29/2023 | 295 | 80.0660 |
| Purchase | 10/25/2023 | 761 | 74.8603 |
| Purchase | 11/3/2023 | 240 | 72.4677 |
| Purchase | 2/12/2024 | 225 | 84.2302 |
| Purchase | 3/14/2024 | 125 | 78.0796 |
| Purchase | 5/2/2024 | 145 | 68.8980 |
| Purchase | 5/14/2024 | 1,977 | 70.6764 |
| Purchase | 6/11/2024 | 340 | 68.4078 |
| Purchase | 8/5/2024 | 998 | 71.0852 |
| Purchase | 8/12/2024 | 261 | 71.2092 |

**Louisiana State Police Retirement System**
**Transactions in Acadia Healthcare Company, Inc.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 7/18/2023 | (137) | 73.5763 |
| Sale | 7/18/2023 | (571) | 74.2735 |
| Sale | 7/18/2023 | (210) | 73.8650 |
| Sale | 7/18/2023 | (822) | 73.7709 |
| Sale | 12/13/2023 | (1,135) | 77.1280 |
| Sale | 9/27/2024 | (309) | 57.7500 |
| Sale | 9/27/2024 | (37) | 58.3808 |
| Sale | 9/27/2024 | (142) | 57.8330 |
| Sale | 9/27/2024 | (240) | 58.1628 |
| Sale | 9/27/2024 | (4,261) | 59.8553 |
| Sale | 9/27/2024 | (74) | 58.2373 |
| Sale | 9/27/2024 | (20) | 57.6850 |
| Sale | 9/27/2024 | (308) | 58.0723 |
| Sale | 9/27/2024 | (539) | 61.7997 |
| Sale | 9/30/2024 | (72) | 60.3979 |
| Sale | 9/30/2024 | (181) | 60.2207 |
| Sale | 9/30/2024 | (781) | 60.3728 |
| Sale | 9/30/2024 | (121) | 63.4100 |
| Sale | 9/30/2024 | (965) | 60.2000 |
| Sale | 9/30/2024 | (5,486) | 61.1709 |
| Sale | 9/30/2024 | (28) | 60.3346 |
| Sale | 9/30/2024 | (30) | 60.1550 |
| Sale | 9/30/2024 | (12) | 60.3100 |

# <u>CERTIFICATION AND AUTHORIZATION</u>

I, Lynn Wenguer, on behalf of the City of Fort Lauderdale Police and Firefighters' Retirement System ("Fort Lauderdale P&F"), hereby certify as to the claims asserted under the federal securities laws that:

1. I have reviewed a complaint prepared against Acadia Healthcare Company, Inc. ("Acadia") alleging violations of the federal securities laws, and authorized its filing. I am authorized in my capacity as Executive Director of Fort Lauderdale P&F to execute this Certification on behalf of Fort Lauderdale P&F. Fort Lauderdale P&F has authorized Saxena White P.A. to file a motion for lead plaintiff appointment in this action or any related action.

2. Fort Lauderdale P&F did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Fort Lauderdale P&F is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Fort Lauderdale P&F's transactions in Acadia securities during the Class Period are set forth in the attached Schedule A.

5. Fort Lauderdale P&F has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Xponential Fitness Sec. Litig.*, No. 8:24-cv-00285 (C.D. Cal.); and
   *AMI – Gov't Emps. Provident Fund Mgmt. Co. Ltd. v. Alphabet Inc.*, No. 3:23-cv-01186 (N.D. Cal.) (named plaintiff).

6. Fort Lauderdale P&F has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff appointment, was not appointed lead plaintiff, or the lead plaintiff decision is still pending:

   *Hadian v. Fate Therapeutics, Inc.*, No. 3:23-cv-00111 (S.D. Cal.); and
   *City of Fort Lauderdale Police & Firefighters' Ret. Sys. v. Pegasystems Inc.*, No. 1:22-cv-11220 (D. Mass.).

7. Fort Lauderdale P&F will not accept any payment for serving as a representative party on behalf of the Class beyond Fort Lauderdale P&F's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __*10*__ day of December, 2024.

*City of Fort Lauderdale Police and*
*Firefighters' Retirement System*

Lynn Wenguer, Executive Director

2

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| **Date** | **Shares** | **Price** | **Date** | **Shares** | **Price** |
| 10/06/23 | 290 | $67.0450 | | | |
| 10/06/23 | 290 | $68.7390 | | | |
| 10/09/23 | 210 | $70.0788 | | | |
| 10/10/23 | 140 | $72.3293 | | | |
| 10/10/23 | 245 | $72.0477 | | | |
| 10/11/23 | 90 | $71.6450 | | | |
| 10/11/23 | 160 | $71.9314 | | | |
| 10/12/23 | 810 | $76.1465 | | | |
| 10/27/23 | 395 | $72.0797 | | | |
| 10/30/23 | 565 | $72.3801 | | | |
| 12/13/23 | 400 | $76.8000 | | | |
| 12/13/23 | 95 | $76.2207 | | | |
| 01/04/24 | 830 | $77.4837 | | | |
| 04/16/24 | 440 | $71.8581 | | | |
| 06/04/24 | 195 | $70.0237 | | | |
| 06/04/24 | 35 | $70.1489 | | | |
| 06/04/24 | 175 | $69.4475 | | | |
| 06/05/24 | 550 | $71.1688 | | | |
| 06/05/24 | 5 | $71.0060 | | | |
| 06/06/24 | 295 | $72.1268 | | | |
| 06/06/24 | 315 | $72.0615 | | | |
| 06/06/24 | 145 | $72.0000 | | | |
| 06/18/24 | 780 | $68.4188 | | | |
| 08/09/24 | 515 | $72.0573 | | | |
| 09/11/24 | 145 | $76.4457 | | | |
| 10/08/24 | 880 | $55.6701 | | | |
| 10/24/24 | 35 | $51.1000 | | | |
| 10/24/24 | 400 | $51.1928 | | | |

3