# EXHIBIT B

**IBEW Local 353 Pension Plan**
LIFO Loss in Acadia Healthcare Company, Inc. (ACHC)
Class Period: 02/28/20 - 10/30/24
CUSIP 00404A109
Retained share price: $40.5687 (10/21/24 - 12/13/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Sale | 4/9/2020 | (1,199) | 23.1429 | ($27,748.34) |
| | Pre-class holdings | 11,255 | | | Sale | 4/13/2020 | (1,891) | 21.9235 | ($41,457.34) |
| | | | | | Sale | 5/13/2020 | (233) | 23.8334 | ($5,553.18) |
| | | | | | Sale | 6/15/2021 | (45) | 66.0478 | ($2,972.15) |
| | | | | | Sale | 6/16/2021 | (2,442) | 64.6912 | ($157,975.91) |
| | | | | | Sale | 6/17/2021 | (5,225) | 63.1966 | ($330,202.24) |
| | | | | | Sale | 6/18/2021 | (220) | 61.9679 | ($13,632.94) |
| | | | | | *Shares offsetting against pre-class holdings* | | (11,255) | | ($579,542.09) |
| Purchase | 6/25/2020 | 1,711 | 24.7256 | $42,305.50 | Sale | 3/1/2021 | (334) | 57.0158 | ($19,043.28) |
| Purchase | 6/26/2020 | 582 | 24.5932 | $14,313.24 | Sale | 6/15/2021 | (3,798) | 66.0478 | ($250,849.54) |
| Purchase | 8/20/2020 | 1,635 | 29.8457 | $48,797.72 | Sale | 1/10/2023 | (492) | 82.2536 | ($40,468.77) |
| Purchase | 12/8/2020 | 204 | 42.2630 | $8,621.65 | Sale | 1/11/2023 | (935) | 82.5206 | ($77,156.76) |
| Purchase | 8/22/2022 | 1,822 | 82.4656 | $150,252.32 | Sale | 5/8/2023 | (174) | 68.9390 | ($11,995.39) |
| Purchase | 8/23/2022 | 3,501 | 83.9027 | $293,743.35 | Sale | 1/5/2024 | (115) | 80.5033 | ($9,257.88) |
| Purchase | 8/24/2022 | 1,892 | 83.1776 | $157,372.02 | Sale | 2/27/2024 | (417) | 87.0380 | ($36,294.85) |
| Purchase | 8/25/2022 | 2,050 | 84.9546 | $174,156.93 | | | | | |
| Purchase | 8/26/2022 | 438 | 85.6318 | $37,506.73 | Sale* | 12/12/2024 | (1,057) | 40.7085 | ($43,028.88) |
| Purchase | 12/6/2022 | 178 | 84.6136 | $15,061.22 | Sale* | 12/13/2024 | (1,131) | 40.5687 | ($45,883.21) |
| Purchase | 3/2/2023 | 887 | 73.3855 | $65,092.94 | | | | | |
| Purchase | 10/3/2024 | 870 | 56.8126 | $49,426.96 | Retained | | (7,317) | 40.5687 | ($296,841.25) |
| | | 15,770 | | $1,056,650.58 | | | (15,770) | | ($830,819.81) |

**Loss**   **($225,830.77)**

*\*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*

**Louisiana State Police Retirement System**

LIFO Loss in Acadia Healthcare Company, Inc. (ACHC)

Class Period: 02/28/20 - 10/30/24

CUSIP 00404A109

Retained share price: $40.5687 (10/21/24 - 12/13/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Pre-class holdings | | 0 | | | | | 0 | | $0.00 |
| | | | | | *Shares offsetting against pre-class holdings* | | 0 | | $0.00 |
| Purchase | 1/10/2023 | 330 | 82.4750 | $27,216.75 | | | | | |
| Purchase | 1/10/2023 | 62 | 82.3671 | $5,106.76 | | | | | |
| Purchase | 1/10/2023 | 1,730 | 82.4324 | $142,608.05 | | | | | |
| Purchase | 1/10/2023 | 45 | 82.5242 | $3,713.59 | | | | | |
| Purchase | 1/10/2023 | 225 | 82.3926 | $18,538.34 | | | | | |
| Purchase | 1/10/2023 | 9 | 82.3800 | $741.42 | | | | | |
| Purchase | 1/10/2023 | 107 | 82.6700 | $8,845.69 | | | | | |
| Purchase | 1/10/2023 | 270 | 82.2121 | $22,197.27 | | | | | |
| Purchase | 1/19/2023 | 65 | 83.6698 | $5,438.54 | | | | | |
| Purchase | 1/20/2023 | 79 | 84.2609 | $6,656.61 | | | | | |
| Purchase | 1/23/2023 | 73 | 84.8803 | $6,196.26 | | | | | |
| Purchase | 1/24/2023 | 110 | 84.2595 | $9,268.55 | | | | | |
| Purchase | 1/25/2023 | 263 | 83.6304 | $21,994.80 | | | | | |
| Purchase | 1/26/2023 | 237 | 84.4317 | $20,010.31 | | | | | |
| Purchase | 1/27/2023 | 648 | 84.5452 | $54,785.29 | | | | | |
| Purchase | 1/30/2023 | 309 | 82.1741 | $25,391.80 | | | | | |
| Purchase | 2/1/2023 | 91 | 84.6709 | $7,705.05 | Sale | 7/18/2023 | (137) | 73.5763 | ($10,079.95) |
| Purchase | 2/14/2023 | 1,488 | 81.0485 | $120,600.17 | Sale | 7/18/2023 | (571) | 74.2735 | ($42,410.17) |
| Purchase | 3/1/2023 | 877 | 74.5390 | $65,370.70 | Sale | 7/18/2023 | (210) | 73.8650 | ($15,511.65) |
| Purchase | 3/1/2023 | 28 | 74.6500 | $2,090.20 | Sale | 7/18/2023 | (822) | 73.7709 | ($60,639.68) |
| Purchase | 3/1/2023 | 1,071 | 74.2512 | $79,523.04 | Sale | 12/13/2023 | (1,135) | 77.1280 | ($87,540.28) |
| Purchase | 3/1/2023 | 82 | 74.6400 | $6,120.48 | Sale | 9/27/2024 | (309) | 57.7500 | ($17,844.75) |
| Purchase | 3/1/2023 | 15 | 74.8800 | $1,123.20 | Sale | 9/27/2024 | (37) | 58.3808 | ($2,160.09) |
| Purchase | 3/3/2023 | 1,993 | 74.1788 | $147,838.35 | Sale | 9/27/2024 | (142) | 57.8330 | ($8,212.29) |
| Purchase | 5/8/2023 | 340 | 69.2545 | $23,546.52 | Sale | 9/27/2024 | (240) | 58.1628 | ($13,959.07) |
| Purchase | 6/1/2023 | 57 | 70.7635 | $4,033.52 | Sale | 9/27/2024 | (4,261) | 59.8553 | ($255,043.43) |
| Purchase | 6/2/2023 | 306 | 70.2548 | $21,497.97 | Sale | 9/27/2024 | (74) | 58.2373 | ($4,309.56) |
| Purchase | 6/5/2023 | 3 | 69.0467 | $207.14 | Sale | 9/27/2024 | (20) | 57.6850 | ($1,153.70) |
| Purchase | 6/5/2023 | 201 | 69.0034 | $13,869.68 | Sale | 9/27/2024 | (308) | 58.0723 | ($17,886.27) |
| Purchase | 6/29/2023 | 295 | 80.0660 | $23,619.47 | Sale | 9/27/2024 | (539) | 61.7997 | ($33,310.04) |
| Purchase | 10/25/2023 | 761 | 74.8603 | $56,968.69 | Sale | 9/30/2024 | (72) | 60.3979 | ($4,348.65) |
| Purchase | 11/3/2023 | 240 | 72.4677 | $17,392.25 | Sale | 9/30/2024 | (181) | 60.2207 | ($10,899.95) |
| Purchase | 2/12/2024 | 225 | 84.2302 | $18,951.80 | Sale | 9/30/2024 | (781) | 60.3728 | ($47,151.16) |

**Louisiana State Police Retirement System**
LIFO Loss in Acadia Healthcare Company, Inc. (ACHC)
Class Period: 02/28/20 - 10/30/24
CUSIP 00404A109
Retained share price: $40.5687 (10/21/24 - 12/13/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/14/2024 | 125 | 78.0796 | $9,759.95 | Sale | 9/30/2024 | (121) | 63.4100 | ($7,672.61) |
| Purchase | 5/2/2024 | 145 | 68.8980 | $9,990.21 | Sale | 9/30/2024 | (965) | 60.2000 | ($58,093.00) |
| Purchase | 5/14/2024 | 1,977 | 70.6764 | $139,727.24 | Sale | 9/30/2024 | (5,486) | 61.1709 | ($335,583.56) |
| Purchase | 6/11/2024 | 340 | 68.4078 | $23,258.65 | Sale | 9/30/2024 | (28) | 60.3346 | ($1,689.37) |
| Purchase | 8/5/2024 | 998 | 71.0852 | $70,943.03 | Sale | 9/30/2024 | (30) | 60.1550 | ($1,804.65) |
| Purchase | 8/12/2024 | 261 | 71.2092 | $18,585.60 | Sale | 9/30/2024 | (12) | 60.3100 | ($723.72) |
| | | 16,481 | | $1,261,432.94 | | | (16,481) | | ($1,038,027.60) |

**Loss** **($223,405.33)**

**City of Fort Lauderdale Police & Firefighters' Retirement System**
LIFO Loss in Acadia Healthcare Company, Inc. (ACHC)
Class Period: 02/28/20 - 10/30/24
CUSIP 00404A109
Retained share price: $40.5687 (10/21/24 - 12/13/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | Sale | | 0 | | $0.00 |
| | | | | | *Shares offsetting against pre-class holdings* | | 0 | | $0.00 |
| Purchase | 10/6/2023 | 290 | 68.7390 | $19,934.31 | | | | | |
| Purchase | 10/6/2023 | 290 | 67.0450 | $19,443.05 | | | | | |
| Purchase | 10/9/2023 | 210 | 70.0788 | $14,716.55 | | | | | |
| Purchase | 10/10/2023 | 245 | 72.0477 | $17,651.69 | | | | | |
| Purchase | 10/10/2023 | 140 | 72.3293 | $10,126.10 | | | | | |
| Purchase | 10/11/2023 | 160 | 71.9314 | $11,509.02 | | | | | |
| Purchase | 10/11/2023 | 90 | 71.6450 | $6,448.05 | | | | | |
| Purchase | 10/12/2023 | 810 | 76.1465 | $61,678.67 | | | | | |
| Purchase | 10/27/2023 | 395 | 72.0797 | $28,471.48 | | | | | |
| Purchase | 10/30/2023 | 565 | 72.3801 | $40,894.76 | | | | | |
| Purchase | 12/13/2023 | 95 | 76.2207 | $7,240.97 | | | | | |
| Purchase | 12/13/2023 | 400 | 76.8000 | $30,720.00 | | | | | |
| Purchase | 1/4/2024 | 830 | 77.4837 | $64,311.47 | | | | | |
| Purchase | 4/16/2024 | 440 | 71.8581 | $31,617.56 | | | | | |
| Purchase | 6/4/2024 | 175 | 69.4475 | $12,153.31 | | | | | |
| Purchase | 6/4/2024 | 195 | 70.0237 | $13,654.62 | | | | | |
| Purchase | 6/4/2024 | 35 | 70.1489 | $2,455.21 | | | | | |
| Purchase | 6/5/2024 | 550 | 71.1688 | $39,142.84 | | | | | |
| Purchase | 6/5/2024 | 5 | 71.0060 | $355.03 | | | | | |
| Purchase | 6/6/2024 | 295 | 72.1268 | $21,277.41 | | | | | |
| Purchase | 6/6/2024 | 315 | 72.0615 | $22,699.37 | | | | | |
| Purchase | 6/6/2024 | 145 | 72.0000 | $10,440.00 | | | | | |
| Purchase | 6/18/2024 | 780 | 68.4188 | $53,366.66 | | | | | |
| Purchase | 8/9/2024 | 515 | 72.0573 | $37,109.51 | | | | | |
| Purchase | 9/11/2024 | 145 | 76.4457 | $11,084.63 | | | | | |
| Purchase | 10/8/2024 | 880 | 55.6701 | $48,989.69 | Sale* | 12/9/2024 | (130) | 41.2706 | ($5,365.18) |
| Purchase | 10/24/2024 | 400 | 51.1928 | $20,477.12 | | | | | |
| Purchase | 10/24/2024 | 35 | 51.1000 | $1,788.50 | Retained | | (9,300) | 40.5687 | ($377,289.00) |
| | | 9,430 | | $659,757.58 | | | (9,430) | | ($382,654.18) |

|  |  |
|---|---|
| **Loss** | **($277,103.40)** |

*Shares sold within 90 days after the end of the class period have been calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.*