UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACADIA HEALTHCARE COMPANY, INC., et al., <br><br> Defendants. | Civil Action No. 3:24-cv-01238 (Consolidated) <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley <br><br> DECLARATION OF CHRISTOPHER M. WOOD IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

I, CHRISTOPHER M. WOOD, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, proposed lead counsel for California Public Employees' Retirement System ("CalPERS") in the above-captioned consolidated securities class action. I make this declaration in support of CalPERS' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on October 16, 2024;

Exhibit B:    CalPERS' Certification; and

Exhibit C:    CalPERS' estimated losses, prepared by counsel.

- 1 -

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 16th day of December, 2024.

s/ Christopher M. Wood
_____
CHRISTOPHER M. WOOD

4938-6386-5093.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on December 16, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
& DOWD LLP
200 31st Avenue North
Nashville, TN 37203
Telephone: 615/244-2203
615/252-3798 (fax)
Email: cwood@rgrdlaw.com

# Mailing Information for a Case 3:24-cv-01238 Kachrodia v. Acadia Healthcare Company, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stefan H. Atkinson**
  satkinson@cravath.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Sandra C. Goldstein**
  sandra.goldstein@kirkland.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,dgibby@rjfirm.com,bmoore@rjfirm.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Adam C. McCall**
  amccall@bfalaw.com

- **Milton S. McGee , III**
  tmcgee@rjfirm.com,dgibby@rjfirm.com

- **Kevin M. Neylan , Jr**
  kevin.neylan@kirkland.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ross            Shikowitz
Bleichmar Fonti & Auld LLP
75 Virginia Road
White Plains, NY 10603
```

Case 3:24-cv-01238    Document 28    Filed 12/16/24    Page 4 of 4 PageID #: 467