# EXHIBIT B

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

California Public Employees' Retirement System ("Plaintiff") declares:

1.	Plaintiff has reviewed a complaint filed in this matter.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.	Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.	Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.	Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.	Plaintiff has not sought to serve or served as a representative party in a class action filed under the federal securities laws within the three-year period prior to the date of this Certification except as listed below:

*Cupat v. Palantir Technologies Inc.*, No. 1:22-cv-02384 (D. Colo.)
*City of Hollywood Firefighters' Pension Fund v. UnitedHealth Group Inc.*, No. 0:24-cv-01743 (D. Minn.)

6.	Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___16th___ day of December, 2024.

California Public Employees' Retirement System


By:	*Matthew Jacobs*
	Matthew G. Jacobs, General Counsel

ACADIA

# SCHEDULE A

## SECURITIES TRANSACTIONS

**Common Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 06/18/2020 | 300 | $26.59 |
| 06/19/2020 | 600 | $26.72 |
| 07/15/2020 | 2,500 | $27.63 |
| 07/16/2020 | 2,500 | $27.73 |
| 11/13/2020 | 2,503 | $41.79 |
| 12/14/2020 | 6,318 | $47.39 |
| 12/15/2020 | 8,441 | $47.95 |
| 12/16/2020 | 8,441 | $48.38 |
| 12/18/2020 | 634 | $48.94 |
| 12/18/2020 | 2,236 | $48.94 |
| 03/19/2021 | 525 | $57.20 |
| 03/19/2021 | 11,329 | $57.20 |
| 04/30/2021 | 2,623 | $60.92 |
| 06/30/2021 | 1,525 | $62.75 |
| 09/17/2021 | 141 | $61.22 |
| 10/28/2021 | 89 | $58.38 |
| 06/17/2022 | 120 | $64.90 |
| 06/17/2022 | 735 | $64.90 |
| 07/28/2022 | 3,816 | $81.68 |
| 08/04/2022 | 3,698 | $80.76 |
| 08/10/2022 | 62 | $81.15 |
| 08/23/2022 | 3,643 | $83.02 |
| 09/08/2022 | 7,151 | $83.73 |
| 09/16/2022 | 119 | $84.17 |
| 09/16/2022 | 625 | $84.17 |
| 09/30/2022 | 3,747 | $78.18 |
| 12/16/2022 | 4,099 | $84.70 |
| 12/16/2022 | 5,155 | $84.70 |
| 01/04/2023 | 121 | $82.75 |
| 03/17/2023 | 162 | $69.46 |
| 03/17/2023 | 1,960 | $69.46 |
| 08/10/2023 | 1,000 | $76.58 |
| 09/07/2023 | 10,836 | $73.86 |
| 09/08/2023 | 24,629 | $72.72 |
| 09/11/2023 | 24,629 | $72.56 |
| 09/12/2023 | 24,629 | $71.66 |
| 09/14/2023 | 30,028 | $71.44 |
| 09/15/2023 | 1,189 | $70.09 |
| 09/15/2023 | 3,761 | $70.09 |
| 09/15/2023 | 72,008 | $70.09 |
| 09/27/2023 | 7,079 | $68.69 |
| 10/05/2023 | 5,783 | $67.76 |
| 10/17/2023 | 7,281 | $78.76 |
| 11/08/2023 | 566 | $73.70 |
| 03/15/2024 | 11,381 | $77.79 |
| 06/21/2024 | 526 | $68.62 |
| 07/12/2024 | 2,997 | $67.19 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 02/28/2020 | 34,100 | $29.17 |
| 03/13/2020 | 6,300 | $21.82 |
| 03/16/2020 | 3,800 | $17.18 |
| 06/23/2020 | 13,702 | $25.82 |
| 06/24/2020 | 14,936 | $24.40 |
| 06/26/2020 | 6,527 | $24.58 |
| 06/29/2020 | 11,144 | $24.93 |
| 09/30/2020 | 3,800 | $29.48 |
| 11/23/2020 | 2,740 | $43.85 |
| 12/31/2020 | 7,920 | $50.26 |
| 03/31/2021 | 17,707 | $57.37 |
| 06/18/2021 | 434 | $61.56 |
| 06/18/2021 | 524 | $61.56 |
| 06/18/2021 | 1,849 | $61.56 |
| 06/18/2021 | 8,417 | $61.56 |
| 08/26/2021 | 1,558 | $64.26 |
| 10/26/2021 | 1,735 | $55.94 |
| 12/17/2021 | 2,045 | $57.92 |
| 03/31/2022 | 5,982 | $65.53 |
| 04/25/2022 | 4,192 | $69.37 |
| 05/25/2022 | 4,989 | $72.04 |
| 01/11/2023 | 2,853 | $82.54 |
| 01/30/2023 | 1,055 | $81.79 |
| 02/09/2023 | 2,657 | $80.26 |
| 02/16/2023 | 2,289 | $81.74 |
| 02/23/2023 | 4,500 | $80.49 |
| 03/27/2023 | 4,320 | $70.96 |
| 04/18/2023 | 7,306 | $75.50 |
| 04/25/2023 | 4,070 | $73.78 |
| 05/25/2023 | 4,134 | $67.86 |
| 06/16/2023 | 5,105 | $73.15 |
| 06/30/2023 | 5,009 | $79.64 |
| 08/21/2023 | 1,000 | $75.65 |
| 09/29/2023 | 3,658 | $70.31 |
| 10/26/2023 | 3,999 | $71.66 |
| 12/15/2023 | 18,206 | $75.43 |
| 03/26/2024 | 3,972 | $76.80 |
| 04/26/2024 | 4,215 | $73.59 |
| 05/15/2024 | 4,178 | $68.79 |
| 06/12/2024 | 3,996 | $67.81 |
| 06/28/2024 | 630 | $67.54 |
| 09/20/2024 | 791 | $76.40 |
| 09/20/2024 | 2,339 | $76.40 |
| 09/30/2024 | 15,805 | $63.41 |

*Opening position of 285,033 shares for common stock.

**Bond**

| Date Acquired | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 09/29/2020 | 5.0% due 04/15/2029 | 38,000 | $100.75 |
| 09/29/2020 | 5.0% due 04/15/2029 | 117,000 | $100.88 |
| 09/29/2020 | 5.0% due 04/15/2029 | 574,000 | $100.00 |
| 09/29/2020 | 5.0% due 04/15/2029 | 775,000 | $100.00 |
| 09/15/2021 | 5.0% due 04/15/2029 | 153,000 | $105.25 |
| 09/17/2021 | 5.0% due 04/15/2029 | 469,000 | $105.25 |
| 09/20/2021 | 5.0% due 04/15/2029 | 244,000 | $105.00 |
| 11/02/2021 | 5.0% due 04/15/2029 | 381,000 | $102.25 |
| 06/10/2020 | 5.5% due 07/01/2028 | 100,000 | $100.00 |
| 06/10/2020 | 5.5% due 07/01/2028 | 116,000 | $100.75 |
| 06/10/2020 | 5.5% due 07/01/2028 | 231,000 | $101.00 |
| 06/10/2020 | 5.5% due 07/01/2028 | 259,000 | $101.50 |
| 06/10/2020 | 5.5% due 07/01/2028 | 527,000 | $100.00 |
| 06/10/2020 | 5.5% due 07/01/2028 | 589,000 | $100.88 |
| 06/10/2020 | 5.5% due 07/01/2028 | 900,000 | $100.00 |
| 11/10/2020 | 5.5% due 07/01/2028 | 500,000 | $108.23 |
| 07/15/2021 | 5.5% due 07/01/2028 | 1,941,000 | $107.38 |
| 03/09/2020 | 5.625% due 02/15/2023 | 150,000 | $101.02 |
| 03/12/2020 | 5.625% due 02/15/2023 | 150,000 | $98.24 |
| 05/05/2020 | 6.5% due 03/01/2024 | 133,000 | $99.00 |

| Date Disposed | Type of Debt | Face Amount | Price |
|---|---|---|---|
| 06/21/2022 | 5.0% due 04/15/2029 | 1,976,000 | $91.25 |
| 06/22/2022 | 5.0% due 04/15/2029 | 775,000 | $91.00 |
| 06/10/2020 | 5.5% due 07/01/2028 | 100,000 | $100.88 |
| 09/17/2020 | 5.5% due 07/01/2028 | 681,000 | $103.50 |
| 06/21/2022 | 5.5% due 07/01/2028 | 2,982,000 | $95.38 |
| 06/22/2022 | 5.5% due 07/01/2028 | 1,400,000 | $95.00 |
| 08/13/2020 | 5.625% due 02/15/2023 | 1,000,000 | $101.14 |
| 3/17/2021 (called) | 5.625% due 02/15/2023 | 945,000 | $100.00 |
| 3/17/2021 (called) | 5.625% due 02/15/2023 | 1,500,000 | $100.00 |
| 3/17/2021 (called) | 5.625% due 02/15/2023 | 10,700,000 | $100.00 |
| 3/1/2021 (called) | 6.5% due 03/01/2024 | 2,037,000 | $101.63 |

*Opening position of 13,845,000 notes for 5.625%-02/15/2023, 00404AAJ8.
*Opening position of 1,904,000 notes for 6.5%-03/01/2024, 00404AAM1.

Prices listed are rounded up to two decimal places.