# EXHIBIT C

CalPERS Purchases and Losses **(FIFO)**     Class Period: 02/28/2020 - 10/18/2024     Acadia Healthcare Company

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **California Public Employees' Retirement System** | 06/18/2020 | 300 | $26.59 | $7,976.43 | held | 314,240 | $42.77 | $13,441,380.32 | |
| | 06/19/2020 | 600 | $26.72 | $16,032.42 | | | | | |
| | 07/15/2020 | 2,500 | $27.63 | $69,075.00 | | | | | |
| | 07/16/2020 | 2,500 | $27.73 | $69,312.50 | | | | | |
| | 11/13/2020 | 2,503 | $41.79 | $104,600.37 | | | | | |
| | 12/14/2020 | 6,318 | $47.39 | $299,410.02 | | | | | |
| | 12/15/2020 | 8,441 | $47.95 | $404,745.95 | | | | | |
| | 12/16/2020 | 8,441 | $48.38 | $408,375.58 | | | | | |
| | 12/18/2020 | 634 | $48.94 | $31,027.96 | | | | | |
| | 12/18/2020 | 2,236 | $48.94 | $109,429.84 | | | | | |
| | 03/19/2021 | 525 | $57.20 | $30,030.00 | | | | | |
| | 03/19/2021 | 11,329 | $57.20 | $648,018.80 | | | | | |
| | 04/30/2021 | 2,623 | $60.92 | $159,793.16 | | | | | |
| | 06/30/2021 | 1,525 | $62.75 | $95,693.75 | | | | | |
| | 09/17/2021 | 141 | $61.22 | $8,632.02 | | | | | |
| | 10/28/2021 | 89 | $58.38 | $5,195.82 | | | | | |
| | 06/17/2022 | 120 | $64.90 | $7,788.00 | | | | | |
| | 06/17/2022 | 735 | $64.90 | $47,701.50 | | | | | |
| | 07/28/2022 | 3,816 | $81.68 | $311,690.88 | | | | | |
| | 08/04/2022 | 3,698 | $80.76 | $298,650.48 | | | | | |
| | 08/10/2022 | 62 | $81.15 | $5,031.30 | | | | | |
| | 08/23/2022 | 3,643 | $83.02 | $302,441.86 | | | | | |
| | 09/08/2022 | 7,151 | $83.73 | $598,753.23 | | | | | |
| | 09/16/2022 | 119 | $84.17 | $10,016.23 | | | | | |
| | 09/16/2022 | 625 | $84.17 | $52,606.25 | | | | | |
| | 09/30/2022 | 3,747 | $78.18 | $292,940.46 | | | | | |
| | 12/16/2022 | 4,099 | $84.70 | $347,185.30 | | | | | |
| | 12/16/2022 | 5,155 | $84.70 | $436,628.50 | | | | | |
| | 01/04/2023 | 121 | $82.75 | $10,012.75 | | | | | |
| | 03/17/2023 | 162 | $69.46 | $11,252.52 | | | | | |
| | 03/17/2023 | 1,960 | $69.46 | $136,141.60 | | | | | |
| | 08/10/2023 | 1,000 | $76.58 | $76,580.00 | | | | | |
| | 09/07/2023 | 10,836 | $73.86 | $800,377.30 | | | | | |
| | 09/08/2023 | 24,629 | $72.72 | $1,791,134.17 | | | | | |
| | 09/11/2023 | 24,629 | $72.56 | $1,786,964.48 | | | | | |
| | 09/12/2023 | 24,629 | $71.66 | $1,765,005.27 | | | | | |
| | 09/14/2023 | 30,028 | $71.44 | $2,145,089.22 | | | | | |
| | 09/15/2023 | 1,189 | $70.09 | $83,331.66 | | | | | |
| | 09/15/2023 | 3,761 | $70.09 | $263,591.57 | | | | | |
| | 09/15/2023 | 72,008 | $70.09 | $5,046,716.68 | | | | | |
| | 09/27/2023 | 7,079 | $68.69 | $486,256.51 | | | | | |
| | 10/05/2023 | 5,783 | $67.76 | $391,856.08 | | | | | |
| | 10/17/2023 | 7,281 | $78.76 | $573,451.56 | | | | | |
| | 11/08/2023 | 566 | $73.70 | $41,714.20 | | | | | |
| | 03/15/2024 | 11,381 | $77.79 | $885,327.99 | | | | | |
| | 06/21/2024 | 526 | $68.62 | $36,094.12 | | | | | |
| | 07/12/2024 | 2,997 | $67.19 | $201,368.43 | | | | | |
| | | **314,240** | | **$21,711,049.72** | | **314,240** | | **$13,441,380.32** | **($8,269,669.40)** |

CalPERS Purchases and Losses **(FIFO)**     Class Period: 02/28/2020 - 10/18/2024                    Acadia Healthcare Company

| Name | Date | Face Amount Acquired | Price | Total Cost | Date | Face Amount Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **California Public Employees' Retirement System** | | | | | | | | | |
| **(5.5%-07/01/2028, 00404AAN9)** | 06/10/2020 | 100,000 | $100.00 | $100,000.00 | 06/10/2020 | 100,000 | $100.88 | $100,875.00 | |
| | 06/10/2020 | 116,000 | $100.75 | $116,870.00 | 09/17/2020 | 681,000 | $103.50 | $704,835.00 | |
| | 06/10/2020 | 231,000 | $101.00 | $233,310.00 | 06/21/2022 | 2,982,000 | $95.38 | $2,844,082.50 | |
| | 06/10/2020 | 259,000 | $101.50 | $262,885.00 | 06/22/2022 | 1,400,000 | $95.00 | $1,330,000.00 | |
| | 06/10/2020 | 527,000 | $100.00 | $527,000.00 | | | | | |
| | 06/10/2020 | 589,000 | $100.88 | $594,153.75 | | | | | |
| | 06/10/2020 | 900,000 | $100.00 | $900,000.00 | | | | | |
| | 11/10/2020 | 500,000 | $108.23 | $541,150.00 | | | | | |
| | 07/15/2021 | 1,941,000 | $107.38 | $2,084,148.75 | | | | | |
| | | **5,163,000** | | **$5,359,517.50** | | **5,163,000** | | **$4,979,792.50** | **($379,725.00)** |
| **California Public Employees' Retirement System** | | | | | | | | | |
| **(5.0%-04/15/2029, 00404AAP4)** | 09/29/2020 | 38,000 | $100.75 | $38,285.00 | 06/21/2022 | 1,976,000 | $91.25 | $1,803,100.00 | |
| | 09/29/2020 | 117,000 | $100.88 | $118,023.75 | 06/22/2022 | 775,000 | $91.00 | $705,250.00 | |
| | 09/29/2020 | 574,000 | $100.00 | $574,000.00 | | | | | |
| | 09/29/2020 | 775,000 | $100.00 | $775,000.00 | | | | | |
| | 09/15/2021 | 153,000 | $105.25 | $161,032.50 | | | | | |
| | 09/17/2021 | 469,000 | $105.25 | $493,622.50 | | | | | |
| | 09/20/2021 | 244,000 | $105.00 | $256,200.00 | | | | | |
| | 11/02/2021 | 381,000 | $102.25 | $389,572.50 | | | | | |
| | | **2,751,000** | | **$2,805,736.25** | | **2,751,000** | | **$2,508,350.00** | **($297,386.25)** |
| **California Public Employees' Retirement System** | | | | | | | | | |
| **(5.625%-02/15/2023, 00404AAJ8)** | 03/09/2020 | 150,000 | $101.02 | $151,533.00 | 3/17/2021 (called) | 300,000 | $100.00 | $300,000.00 | |
| | 03/12/2020 | 150,000 | $98.24 | $147,358.50 | | | | | |
| | | **300,000** | | **$298,891.50** | | **300,000** | | **$300,000.00** | **$1,108.50** |
| **California Public Employees' Retirement System** | | | | | | | | | |
| **(6.5%-03/01/2024, 00404AAM1)** | 05/05/2020 | 133,000 | $99.00 | $131,670.00 | 3/1/2021 (called) | 133,000 | $101.63 | $135,161.25 | |
| | | **133,000** | | **$131,670.00** | | **133,000** | | **$135,161.25** | **$3,491.25** |
| **CalPERS Total** | | | | **$30,306,864.97** | | | | **$21,364,684.07** | **($8,942,180.90)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $42.77 as of December 16, 2024 for common stock.

Prices listed are rounded up to two decimal places.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **California Public Employees' Retirement System** | 07/12/2024 | 791 | $67.19 | $53,147.29 | 09/20/2024 | 791 | $76.40 | $60,432.40 | |
| | 07/12/2024 | 2,206 | $67.19 | $148,221.14 | 09/20/2024 | 2,206 | $76.40 | $168,538.40 | |
| | 06/21/2024 | 526 | $68.62 | $36,094.12 | 06/28/2024 | 526 | $67.54 | $35,526.04 | |
| | 03/15/2024 | 3,972 | $77.79 | $308,981.88 | 03/26/2024 | 3,972 | $76.80 | $305,049.60 | |
| | 03/15/2024 | 4,215 | $77.79 | $327,884.85 | 04/26/2024 | 4,215 | $73.59 | $310,181.85 | |
| | 03/15/2024 | 3,194 | $77.79 | $248,461.26 | 05/15/2024 | 3,194 | $68.79 | $219,715.26 | |
| | 11/08/2023 | 566 | $73.70 | $41,714.20 | 12/15/2023 | 566 | $75.43 | $42,693.38 | |
| | 10/17/2023 | 3,999 | $78.76 | $314,961.24 | 10/26/2023 | 3,999 | $71.66 | $286,568.34 | |
| | 10/17/2023 | 3,282 | $78.76 | $258,490.32 | 12/15/2023 | 3,282 | $75.43 | $247,561.26 | |
| | 10/05/2023 | 5,783 | $67.76 | $391,856.08 | 12/15/2023 | 5,783 | $75.43 | $436,211.69 | |
| | 09/27/2023 | 3,658 | $68.69 | $251,268.02 | 09/29/2023 | 3,658 | $70.31 | $257,193.98 | |
| | 09/27/2023 | 3,421 | $68.69 | $234,988.49 | 12/15/2023 | 3,421 | $75.43 | $258,046.03 | |
| | 09/15/2023 | 5,154 | $70.09 | $361,220.67 | 12/15/2023 | 5,154 | $75.43 | $388,766.22 | |
| | 09/15/2023 | 984 | $70.09 | $68,964.13 | 05/15/2024 | 984 | $68.79 | $67,689.36 | |
| | 09/15/2023 | 3,996 | $70.09 | $280,061.66 | 06/12/2024 | 3,996 | $67.81 | $270,968.76 | |
| | 09/15/2023 | 104 | $70.09 | $7,288.89 | 06/28/2024 | 104 | $67.54 | $7,024.16 | |
| | 09/15/2023 | 133 | $70.09 | $9,321.37 | 09/20/2024 | 133 | $76.40 | $10,161.20 | |
| | 09/15/2023 | 15,805 | $70.09 | $1,107,701.33 | 09/30/2024 | 15,805 | $63.41 | $1,002,195.05 | |
| | 09/15/2023 | 45,832 | $70.09 | $3,212,158.64 | held | 45,832 | $42.77 | $1,960,429.43 | |
| | 09/15/2023 | 3,761 | $70.09 | $263,591.57 | held | 3,761 | $43.05 | $161,895.38 | |
| | 09/15/2023 | 1,189 | $70.09 | $83,331.66 | held | 1,189 | $43.05 | $51,181.50 | |
| | 09/14/2023 | 30,028 | $71.44 | $2,145,089.22 | held | 30,028 | $43.05 | $1,292,580.28 | |
| | 09/12/2023 | 24,629 | $71.66 | $1,765,005.27 | held | 24,629 | $43.05 | $1,060,175.83 | |
| | 09/11/2023 | 24,629 | $72.56 | $1,786,964.48 | held | 24,629 | $43.05 | $1,060,175.83 | |
| | 09/08/2023 | 24,629 | $72.72 | $1,791,134.17 | held | 24,629 | $43.05 | $1,060,175.83 | |
| | 09/07/2023 | 10,836 | $73.86 | $800,377.30 | held | 10,836 | $43.05 | $466,444.65 | |
| | 08/10/2023 | 1,000 | $76.58 | $76,580.00 | 08/21/2023 | 1,000 | $75.65 | $75,650.00 | |
| | 03/17/2023 | 1,960 | $69.46 | $136,141.60 | 03/27/2023 | 1,960 | $70.96 | $139,081.60 | |
| | 03/17/2023 | 162 | $69.46 | $11,252.52 | 03/27/2023 | 162 | $70.96 | $11,495.52 | |
| | 01/04/2023 | 121 | $82.75 | $10,012.75 | 01/11/2023 | 121 | $82.54 | $9,987.34 | |
| | 12/16/2022 | 2,732 | $84.70 | $231,400.40 | 01/11/2023 | 2,732 | $82.54 | $225,499.28 | |
| | 12/16/2022 | 1,055 | $84.70 | $89,358.50 | 01/30/2023 | 1,055 | $81.79 | $86,288.45 | |
| | 12/16/2022 | 1,368 | $84.70 | $115,869.60 | 02/09/2023 | 1,368 | $80.26 | $109,795.68 | |
| | 12/16/2022 | 1,289 | $84.70 | $109,178.30 | 02/09/2023 | 1,289 | $80.26 | $103,455.14 | |
| | 12/16/2022 | 2,289 | $84.70 | $193,878.30 | 02/16/2023 | 2,289 | $81.74 | $187,102.86 | |
| | 12/16/2022 | 521 | $84.70 | $44,128.70 | 02/23/2023 | 521 | $80.49 | $41,935.29 | |
| | 09/30/2022 | 3,747 | $78.18 | $292,940.46 | 02/23/2023 | 3,747 | $80.49 | $301,596.03 | |
| | 09/16/2022 | 232 | $84.17 | $19,527.44 | 02/23/2023 | 232 | $80.49 | $18,673.68 | |
| | 09/16/2022 | 393 | $84.17 | $33,078.81 | 03/27/2023 | 393 | $70.96 | $27,887.28 | |
| | 09/16/2022 | 119 | $84.17 | $10,016.23 | 03/27/2023 | 119 | $70.96 | $8,444.24 | |
| | 09/08/2022 | 1,686 | $83.73 | $141,168.78 | 03/27/2023 | 1,686 | $70.96 | $119,638.56 | |
| | 09/08/2022 | 5,465 | $83.73 | $457,584.45 | 04/18/2023 | 5,465 | $75.50 | $412,614.06 | |
| | 08/23/2022 | 1,841 | $83.02 | $152,839.82 | 04/18/2023 | 1,841 | $75.50 | $138,997.71 | |
| | 08/23/2022 | 1,802 | $83.02 | $149,602.04 | 04/25/2023 | 1,802 | $73.78 | $132,951.56 | |
| | 08/10/2022 | 62 | $81.15 | $5,031.30 | 04/25/2023 | 62 | $73.78 | $4,574.36 | |
| | 08/04/2022 | 2,206 | $80.76 | $178,156.56 | 04/25/2023 | 2,206 | $73.78 | $162,758.68 | |
| | 08/04/2022 | 1,492 | $80.76 | $120,493.92 | 05/25/2023 | 1,492 | $67.86 | $101,247.12 | |
| | 07/28/2022 | 2,642 | $81.68 | $215,798.56 | 05/25/2023 | 2,642 | $67.86 | $179,286.12 | |
| | 07/28/2022 | 1,174 | $81.68 | $95,892.32 | 06/16/2023 | 1,174 | $73.15 | $85,878.10 | |
| | 06/17/2022 | 735 | $64.90 | $47,701.50 | 06/16/2023 | 735 | $73.15 | $53,765.25 | |
| | 06/17/2022 | 120 | $64.90 | $7,788.00 | 06/16/2023 | 120 | $73.15 | $8,778.00 | |
| | 10/28/2021 | 89 | $58.38 | $5,195.82 | 12/17/2021 | 89 | $57.92 | $5,154.88 | |
| | 09/17/2021 | 141 | $61.22 | $8,632.02 | 10/26/2021 | 141 | $55.94 | $7,887.54 | |

| Date | Acquired | Price | Total Cost | Date | Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|
| 06/30/2021 | 1,525 | $62.75 | $95,693.75 | 08/26/2021 | 1,525 | $64.26 | $97,996.50 | |
| 04/30/2021 | 434 | $60.92 | $26,439.28 | 06/18/2021 | 434 | $61.56 | $26,717.04 | |
| 04/30/2021 | 524 | $60.92 | $31,922.08 | 06/18/2021 | 524 | $61.56 | $32,257.44 | |
| 04/30/2021 | 1,665 | $60.92 | $101,431.80 | 06/18/2021 | 1,665 | $61.56 | $102,497.40 | |
| 03/19/2021 | 11,329 | $57.20 | $648,018.80 | 03/31/2021 | 11,329 | $57.37 | $649,927.74 | |
| 03/19/2021 | 525 | $57.20 | $30,030.00 | 03/31/2021 | 525 | $57.37 | $30,118.46 | |
| 12/18/2020 | 2,236 | $48.94 | $109,429.84 | 12/31/2020 | 2,236 | $50.26 | $112,383.60 | |
| 12/18/2020 | 634 | $48.94 | $31,027.96 | 12/31/2020 | 634 | $50.26 | $31,865.47 | |
| 12/16/2020 | 5,050 | $48.38 | $244,319.00 | 12/31/2020 | 5,050 | $50.26 | $253,818.05 | |
| 12/16/2020 | 3,391 | $48.38 | $164,056.58 | 03/31/2021 | 3,391 | $57.37 | $194,536.58 | |
| 12/15/2020 | 2,462 | $47.95 | $118,052.90 | 03/31/2021 | 2,462 | $57.37 | $141,241.25 | |
| 12/15/2020 | 184 | $47.95 | $8,822.80 | 06/18/2021 | 184 | $61.56 | $11,327.04 | |
| 12/15/2020 | 5,795 | $47.95 | $277,870.25 | 06/18/2021 | 5,795 | $61.56 | $356,740.20 | |
| 12/14/2020 | 2,622 | $47.39 | $124,256.58 | 06/18/2021 | 2,622 | $61.56 | $161,410.32 | |
| 12/14/2020 | 33 | $47.39 | $1,563.87 | 08/26/2021 | 33 | $64.26 | $2,120.58 | |
| 12/14/2020 | 1,594 | $47.39 | $75,539.66 | 10/26/2021 | 1,594 | $55.94 | $89,168.36 | |
| 12/14/2020 | 1,956 | $47.39 | $92,694.84 | 12/17/2021 | 1,956 | $57.92 | $113,291.52 | |
| 12/14/2020 | 113 | $47.39 | $5,355.07 | 03/31/2022 | 113 | $65.53 | $7,404.89 | |
| 11/13/2020 | 2,503 | $41.79 | $104,600.37 | 11/23/2020 | 2,503 | $43.85 | $109,756.55 | |
| 07/16/2020 | 2,500 | $27.73 | $69,312.50 | 09/30/2020 | 2,500 | $29.48 | $73,700.00 | |
| 07/15/2020 | 1,300 | $27.63 | $35,919.00 | 09/30/2020 | 1,300 | $29.48 | $38,324.00 | |
| 07/15/2020 | 237 | $27.63 | $6,548.31 | 11/23/2020 | 237 | $43.85 | $10,392.45 | |
| 07/15/2020 | 963 | $27.63 | $26,607.69 | 03/31/2022 | 963 | $65.53 | $63,105.39 | |
| 06/19/2020 | 600 | $26.72 | $16,032.42 | 06/23/2020 | 600 | $25.82 | $15,494.28 | |
| 06/18/2020 | 300 | $26.59 | $7,976.43 | 06/23/2020 | 300 | $25.82 | $7,747.14 | |
| | **314,240** | | **$21,711,049.72** | | **314,240** | | **$16,981,348.28** | **($4,729,701.44)** |

| Name | Date | Face Amount Acquired | Price | Total Cost | Date | Face Amount Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **California Public Employees' Retirement System (5.5%-07/01/2028, 00404AAN9)** | 06/10/2020 | 100,000 | $100.00 | $100,000.00 | 06/10/2020 | 100,000 | $100.88 | $100,875.00 | |
| | 06/10/2020 | 116,000 | $100.75 | $116,870.00 | 09/17/2020 | 681,000 | $103.50 | $704,835.00 | |
| | 06/10/2020 | 231,000 | $101.00 | $233,310.00 | 06/21/2022 | 2,982,000 | $95.38 | $2,844,082.50 | |
| | 06/10/2020 | 259,000 | $101.50 | $262,885.00 | 06/22/2022 | 1,400,000 | $95.00 | $1,330,000.00 | |
| | 06/10/2020 | 527,000 | $100.00 | $527,000.00 | | | | | |
| | 06/10/2020 | 589,000 | $100.88 | $594,153.75 | | | | | |
| | 06/10/2020 | 900,000 | $100.00 | $900,000.00 | | | | | |
| | 11/10/2020 | 500,000 | $108.23 | $541,150.00 | | | | | |
| | 07/15/2021 | 1,941,000 | $107.38 | $2,084,148.75 | | | | | |
| | | **5,163,000** | | **$5,359,517.50** | | **5,163,000** | | **$4,979,792.50** | **($379,725.00)** |
| **California Public Employees' Retirement System (5.0%-04/15/2029, 00404AAP4)** | 09/29/2020 | 38,000 | $100.75 | $38,285.00 | 06/21/2022 | 1,976,000 | $91.25 | $1,803,100.00 | |
| | 09/29/2020 | 117,000 | $100.88 | $118,023.75 | 06/22/2022 | 775,000 | $91.00 | $705,250.00 | |
| | 09/29/2020 | 574,000 | $100.00 | $574,000.00 | | | | | |
| | 09/29/2020 | 775,000 | $100.00 | $775,000.00 | | | | | |
| | 09/15/2021 | 153,000 | $105.25 | $161,032.50 | | | | | |
| | 09/17/2021 | 469,000 | $105.25 | $493,622.50 | | | | | |
| | 09/20/2021 | 244,000 | $105.00 | $256,200.00 | | | | | |
| | 11/02/2021 | 381,000 | $102.25 | $389,572.50 | | | | | |
| | | **2,751,000** | | **$2,805,736.25** | | **2,751,000** | | **$2,508,350.00** | **($297,386.25)** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **California Public Employees' Retirement System (5.625%-02/15/2023, 00404AAJ8)** | 03/09/2020 | 150,000 | $101.02 | $151,533.00 | 3/17/2021 (called) | 300,000 | $100.00 | $300,000.00 | |
| | 03/12/2020 | 150,000 | $98.24 | $147,358.50 | | | | | |
| | | **300,000** | | **$298,891.50** | | **300,000** | | **$300,000.00** | **$1,108.50** |
| **California Public Employees' Retirement System (6.5%-03/01/2024, 00404AAM1)** | 05/05/2020 | 133,000 | $99.00 | $131,670.00 | 3/1/2021 (called) | 133,000 | $101.63 | $135,161.25 | |
| | | **133,000** | | **$131,670.00** | | **133,000** | | **$135,161.25** | **$3,491.25** |
| **CalPERS Total** | | | | **$30,306,864.97** | | | | **$24,904,652.03** | **($5,402,212.94)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $42.77 as of December 16, 2024 for common stock.

Prices listed are rounded up to two decimal places.