**ORDER** in Case No. 3:24-cv-01238: Motion **GRANTED**.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| ANURAG KACHRODIA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>Defendants. | Case No. 3:24-cv-01238<br><br>CLASS ACTION<br><br>Chief Judge William L. Campbell, Jr. |
| CITY OF FORT LAUDERDALE POLICE AND FIREFIGHTERS' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACADIA HEALTHCARE COMPANY, INC., DEBRA K. OSTEEN, CHRISTOPHER H. HUNTER, DAVID M. DUCKWORTH, and HEATHER DIXON,<br><br>Defendants. | Case No. 3:24-cv-01447<br><br>CLASS ACTION<br><br>Judge Aleta A. Trauger |

**MOTION TO SUBSTITUTE COUNSEL**

IBEW Local 353 Pension Plan, Louisiana State Police Retirement System, and City of Fort Lauderdale Police and Firefighters' Retirement System (collectively, the "Pension Funds") respectfully move this Court, pursuant to Local Rule 83.01(h), respectfully move this court to substitute Kristi S. McGregor of the law firm Sanford Heisler Sharp McKnight, LLP located at