**MOTION GRANTED.**

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE

## NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>ACADIA HEALTHCARE COMPANY, INC., et al.,<br><br>        Defendants. | Civil Action No. 3:24-cv-01238 (Consolidated)<br><br>Chief Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley<br><br>LEAD PLAINTIFF MOVANT CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEMS' MOTION TO ASCERTAIN STATUS |

Pursuant to Local Rule 7.01(c), California Public Employees' Retirement System ("CalPERS") respectfully moves the Court to ascertain the status of, and expedite the disposition of, its pending Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF 25) (the "Lead Plaintiff Motion"), filed on December 16, 2024.

Three motions, including CalPERS' Lead Plaintiff Motion, were filed by class members seeking appointment as lead plaintiff and approval of counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Subsequently, the other two movants filed notices of non-opposition to CalPERS' motion. *See* ECF 30, 31; *see also* ECF 32 (CalPERS' Notice of Unopposed Motion for Appointment as Lead Plaintiff). Accordingly, CalPERS' Lead Plaintiff Motion is unopposed.

Although CalPERS is the presumptive lead plaintiff in this action, the action cannot proceed until the Court appoints CalPERS as lead plaintiff. *See* ECF 18, ¶¶3-4. In addition, the PSLRA provides that no later than 110 days after the initial complaint is filed, "the court shall consider any

- 1 -

motion made by a purported class member in response to the notice . . . and shall appoint [the] lead plaintiff." 15 U.S.C. §78u-4(a)(3)(A)-(B).  The initial complaint in this action was filed on October 16, 2024, and CalPERS' unopposed Lead Plaintiff Motion has remained pending for more than four months.  Thus, CalPERS respectfully moves to ascertain the status of, and expedite the disposition of, its unopposed Lead Plaintiff Motion so that this action may proceed.

DATED:  April 25, 2025

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD
JERRY E. MARTIN

s/ Christopher M. Wood
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
cwood@rgrdlaw.com
jmartin@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
drobbins@rgrdlaw.com
ssheldon@rgrdlaw.com
dmyers@rgrdlaw.com

BISHOP PARTNOY LLP
FRANK PARTNOY
1717 K Street, NW Suite 900
Washington, DC  20006
Telephone:  202/787-5769
Frank@bishoppartnoy.com

- 2 -

Counsel for Proposed Lead Plaintiff

4904-3555-3594.v1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on April 25, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ Christopher M. Wood
CHRISTOPHER M. WOOD

ROBBINS GELLER RUDMAN
 & DOWD LLP
200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
615/252-3798 (fax)

Email:  cwood@rgrdlaw.com

- 1 -

4904-3555-3594.v1

# Mailing Information for a Case 3:24-cv-01238 Kachrodia v. Acadia Healthcare Company, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stefan H. Atkinson**
  satkinson@cravath.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Sandra C. Goldstein**
  sandra.goldstein@kirkland.com

- **Elizabeth O. Gonser**
  egonser@rjfirm.com,dgibby@rjfirm.com,bmoore@rjfirm.com

- **Phillip Kim**
  pkim@rosenlegal.com

- **Adam C. McCall**
  amccall@bfalaw.com

- **Milton S. McGee , III**
  tmcgee@rjfirm.com,dgibby@rjfirm.com

- **Kevin M. Neylan , Jr**
  kevin.neylan@kirkland.com

- **OFI INVEST ASSET MANAGEMENT**
  PKNASHLAW@AOL.COM

- **Alexander J. Rodney**
  alexander.rodney@kirkland.com

- **Laurence M. Rosen**
  lrosen@rosenlegal.com

- **Kevin H. Sharp**
  ksharp@sanfordheisler.com,abritt@sanfordheisler.com

- **James Gerard Stranch , IV**
  gstranch@stranchlaw.com,complexlit@stranchlaw.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,CWood@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Ross          Shikowitz**
Bleichmar Fonti & Auld LLP
75 Virginia Road
White Plains, NY 10603