**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

ANURAG KACHRODIA, )
                                           )
      Plaintiff(s) )
                                           )
v. )      Case No. 3:24-cv-01238
                                         )      Judge Campbell/Frensley
                                         )
ACADIA )
HEALTHCARE COMPANY, et al., )
                                         )
      Defendant(s) )

## **O R D E R**

The Motion to Appoint Counsel and Appoint Lead Plaintiff (Docket No. 22) and Motion

to Appoint Counsel and for Appointment as Lead Plaintiff (Docket No. 23) are DENIED in light

of the Notices of Non-Opposition filed at Docket Nos. 30, 31, and 32.

                          IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge