UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| ANURAG KACHRODIA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACADIA HEALTHCARE COMPANY, INC., et al., <br><br> Defendants. | Civil Action No. 3:24-cv-01238 (Consolidated) <br><br> Chief Judge William L. Campbell, Jr. <br> Magistrate Judge Jeffery S. Frensley <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR FILING CONSOLIDATED COMPLAINT AND RESPONSES THERETO |

WHEREAS, Plaintiff Anurag Kachrodia filed a putative class action Complaint for Violations of the Federal Securities Laws on October 16, 2024, alleging violations of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (ECF 1);

WHEREAS, on November 26, 2024, Plaintiffs Anurag Kachrodia and Patrick Dyar, along with Defendants Acadia Healthcare Company, Inc., Debra K. Osteen, Christopher H. Hunter, David M. Duckworth, and Heather Dixon (collectively, "Defendants"), filed a Joint Motion to Consolidate Related Cases, Extend Defendants' Time to Respond to Any Complaint, and Continue the Initial Case Management Conference (the "Joint Motion"), which provided in part that the parties agreed, subject to the Court's approval, to propose to the Court within 14 days of the Court's appointment of a Lead Plaintiff in this action, a schedule for the filing of a consolidated (or designation of an operative) complaint and Defendants' responses thereto (ECF 17);

WHEREAS, on December 3, 2024, the Court granted the parties' Joint Motion and ordered that within 14 days after the entry of an order by the Court appointing a Lead Plaintiff and Lead

- 1 -

Counsel, counsel for Defendants will meet and confer with the Court-appointed Lead Plaintiff's counsel and submit for the Court's approval a proposed schedule for the filing of any consolidated complaint or designation of an operative complaint, Defendants' response to the same, and all other filings associated with any motion to dismiss the operative complaint (ECF 18); and

WHEREAS, on May 27, 2025, the Court issued an Order appointing California Public Employees' Retirement System as Lead Plaintiff and Robbins Geller Rudman & Dowd LLP as Lead Counsel in this action (ECF 41);

NOW, THEREFORE, Lead Plaintiff and Defendants, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Lead Plaintiff will file a Consolidated Complaint no later than July 10, 2025;

2. Defendants' response to the Consolidated Complaint will be due 60 days after Lead Plaintiff files its Consolidated Complaint;

3. If Defendants move to dismiss the Consolidated Complaint, Lead Plaintiff's opposition to Defendants' motion to dismiss will be due 60 days after Defendants file their motion(s) to dismiss; and

4. If Defendants move to dismiss, Defendants' reply to Lead Plaintiff's opposition will be due 45 days after Lead Plaintiff files its opposition.

IT IS HEREBY STIPULATED AND AGREED this 6th day of June, 2025. SO ORDERED this 9th day of June, 2025.

_____
THE HONORABLE JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE

- 2 -

SUBMITTED FOR ENTRY:

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHRISTOPHER M. WOOD (BPR #032977)
JERRY E. MARTIN (BPR #20193)

_s/ Christopher M. Wood_
CHRISTOPHER M. WOOD

200 31st Avenue North
Nashville, TN  37203
Telephone:  615/244-2203
cwood@rgrdlaw.com
jmartin@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON
DARRYL J. ALVARADO
J. MARCO JANOSKI GRAY
TING H. LIU
T. ALEX B. FOLKERTH
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
drobbins@rgrdlaw.com
ssheldon@rgrdlaw.com
dalvarado@rgrdlaw.com
mjanoski@rgrdlaw.com
tliu@rgrdlaw.com
afolkerth@rgrdlaw.com

Lead Counsel for Lead Plaintiff

BISHOP PARTNOY LLP
FRANK PARTNOY
1717 K Street, NW Suite 900
Washington, DC  20006
Telephone: 202/787-5769
Frank@bishoppartnoy.com

Counsel for Lead Plaintiff

- 3 -

RILEY & JACOBSON, PLC
MILTON S. McGEE, III (BPR #24150)
ELIZABETH O. GONSER (BPR #26329)

*s/ Milton S. McGee, III*
MILTON S. McGEE, III

1906 West End Avenue
Nashville, TN  37203
Telephone:  615/320-3700
tmcgee@rjfirm.com
egonser@rjfirm.com

KIRKLAND & ELLIS LLP
SANDRA C. GOLDSTEIN
STEFAN H. ATKINSON
KEVIN M. NEYLAN, JR.
ALEXANDER J. RODNEY
601 Lexington Avenue
New York, NY  10022
Telephone:  212/446-4800
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
kevin.neylan@kirkland.com
alexander.rodney@kirkland.com

Attorneys for Defendants

- 4 -