**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ANURAG KACHIRODIA, Individually and on Behalf of All Others Similar,** | **)** | |
| | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | **NO. 3:24-cv-01238** |
| **v.** | **)** | |
| | **)** | **JUDGE CAMPBELL** |
| **ACADIA HEALTHCARE COMPANY, INC., et al.,** | **)** | **MAGISTRATE JUDGE FRENSLEY** |
| | **)** | |
| | **)** | |
| **Defendants.** | **)** | |
| | **)** | |

## ORDER

Pending before the Court is the parties' joint motion (Doc. No. 57) seeking leave to file excess pages on Defendants' forthcoming motion to dismiss the Consolidated Complaint. Under Local Rules 7.01(a)(2), (3), and (4), supporting memorandums of law and responses are limited to 25 pages and optional replies limited to 5 pages. Through the pending motion, the parties request to enlarge the page limits by 10 pages on Defendants' anticipated memorandum, 15 pages on Plaintiffs' response, and 6 pages on Defendants' optional reply.

The motion is **GRANTED** in part. The page limits are enlarged by 5 pages on Defendants' memorandum, 10 pages on Plaintiffs' response, and 5 pages on Defendants' optional reply. Accordingly, Defendants' supporting memorandum of law shall not exceed 30 pages, Plaintiffs' response shall not exceed 35 pages, and Defendants' optional reply shall not exceed 10 pages.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE