# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

ANURAG KACHRODIA, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff,*

v.

ACADIA HEALTHCARE COMPANY, INC. et al.,

*Defendants.*

Case No.: 3:24-cv-01238
(Consolidated)

## DECLARATION OF ALEXANDER J. RODNEY
## IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW
## IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS

I, Alexander J. Rodney, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a partner with the law firm of Kirkland & Ellis LLP. My firm represents Defendants Acadia Healthcare Company, Inc., Debra K. Osteen, Christopher R. Hunter, David M. Duckworth, and Heather Dixon (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the Bar of the State of New York. This Court granted my application to appear *pro hac vice* in this action on March 20, 2025. (Dkt. 35.)

2. I submit this Declaration to place before the Court certain documents referenced in Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss.

3. Attached hereto are true and correct copies of the following exhibits cited in Defendants' Reply Memorandum of Law in Further Support of Their Motion to Dismiss:

| Exhibit | Document |
|---|---|
| 29 | Settlement Agreement between the United States, Acadia Healthcare Co., Inc., and Relators Frank Tirado, Brian J. Snyder, and Jamie Thompson (Sept. 23, 2024) (referenced in ¶37), https://www.justice.gov/archives/opa/media/1370996/dl. |
| 30 | Press Release, Acadia Healthcare Co., Inc., Acadia Healthcare Reports Third Quarter 2024 Results (Oct. 30, 2024), https://acadiahealthcare.gcs-web.com/node/16116/pdf. |

Executed:  New York, New York
December 22, 2025

  /s/ Alexander J. Rodney
Alexander J. Rodney (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 909-3305
alexander.rodney@kirkland.com

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which provided electronic service upon all counsel of record.

 /s/ Alexander J. Rodney
Alexander J. Rodney (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 909-3305
alexander.rodney@kirkland.com

*Counsel for Defendants*