**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **ANURAG KACHRODIA, individually and on behalf of all others similarly situated,** | ) | |
| **Plaintiff,** | ) | **NO. 3:24-cv-01238** |
| **v.** | ) | **JUDGE CAMPBELL** |
| **ACADIA HEALTHCARE COMPANY, INC., et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Pending before the Court is Defendants' motion to dismiss (Doc. No. 62) filed under 15 U.S.C. § 78u-4 and Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6). The motion is fully briefed and ripe for adjudication. In support of their requested relief, Defendants ask the Court to resolve factual disputes in their favor and advance arguments that either ignore or misstate the well-pled factual allegations in the complaint.[1] Moreover, Defendants' entire motion is premised on a view of the facts in the light most favorable to themselves, which the Court cannot do at the pleading stage. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). Accordingly, the motion to dismiss (Doc. No. 62) is **DENIED**.

It is so **ORDERED**.

William L. Campbell, Jr.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

[1] The Court declines to consider arguments raised in footnotes.